UNITED STATES of America,
Plaintiff–Appellee,

v.

Sergio BALDERAS, Defendant–
Appellant.

No. 05–11240

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2008.

Delonia Anita Watson, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

George W. Lang, II, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and CLEMENT, Circuit Judges.

ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES

PER CURIAM: *

This case returns to us on remand from the Supreme Court of the United States. The Supreme Court vacated our judgment and remanded the case for further consideration in light of *Cuellar v. United States,* —— U.S. ——, 128 S.Ct. 1994, 170 L.Ed.2d 942 (2008). *Balderas v. United States,* —— U.S. ——, 128 S.Ct. 2901, —— L.Ed.2d —— (2008). Accordingly, we remand the case to the District Court for the Northern District of Texas for further proceedings

---

not inconsistent with the opinion of the Supreme Court.

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.